FILED
U.S. DIST COURT
MIDDLE DIST. OF LA

2001 DEC 21 P 12:37

SIGN_____
BY DEPUTY CLERK

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ALBERTINE AIKENS, GILBERT ALLEN, HAZEL AUGILLARD, JEREMIAH AUGILLARD, MICHAEL AUGILLARD, SR., MICHAEL AUGILLARD, JR., MIRACLE AUGILLARD, SIERRA AUGILLARD, ANTHONY BAILEY, MELVENDER BAILEY, ALVIN BATES, JANNIE BATES, CARISSA S. BELL, DARROLYN M. BELL, RENALDO BLACKMON, ALBERT BOUDREAUX, ALONZO BOUDREAUX, K'VAWN BOUDREAUX, LASHAWN BOUDREAUX, NOIL BOUDREAUX, SR., NOIL BOUDREAUX, JR., SAMMIE BOUDREAUX, SHANTELL BOUDREAUX, ADELL BROOKS, KADER BROOKS, KIMBERLY BROOKS, LINDA BROOKS, TONY BROOKS, ANNETTE BROWN, BARBARA E. BROWN, CHARLES BROWN, DOMINIQUE BROWN, FAMERRA BROWN, INA BROWN, INDIA BROWN, LEOLA BROWN, RAYMOND BRILEY, SCHELLICE BRILEY, ELVIGE BUGGAGE, DALACY BUREAU, JACOBY BUREAU, KITANGE BUREAU, LORI BUREAU, RAWN BUREAU, RICKY BUREAU, KEVIN CAMPBELL, DENISE CAREY, JARIUS CAREY, DEBRA CARLINE, ADAIJA CARTER, ADELL CARTER, TIARA CASTLE, AMANDA CHATMAN, RANDY CHATMAN,

C. A. NO. 01 CV 1137 A-M2

JUDGE:

MAGISTRATE JUDGE:

| INITIALS | DOCKET# |
|----------|---------|
| NML | 1 |

588466_1

JP, Removal

WILMA CHATMAN, ANDREW CHRISTOPHER, BEN CLARK, BENJAMIN CLARK, GAIL CLARK, I, GAIL CLARK II, LAMARCUS CLARK, MARY JANE CLARK, MARY L. CLARK, ROUCHELLE CLARK, SHANTELL M. CLARK, TESSIE CLARK, TESSIE M. CLARK, TONYA CLARK, WAYNE CLARK, WAYNE CLARK, JR., DARRELL COLEMAN, KA'DARIUS COLEMAN, TENNEKA COLEMAN, BESSIE COLLINS, DENNIS COLLINS, MARVIN COLLINS, CARLA COMERY, CARLOS COMERY, FREDDIE COMERY, JR., FREDDIE COMERY III, BETTY COPPAGE, BILLY COPPAGE, RODNEY COX, THERESS COX, SHARIE CROCKER, RONESHICA BUREAU CRUSHBERRY, BERLISA T. DANIELS, JUSTIN DANIELS, EMANUEL DAGGS, ALLISON DAVIS, ANDREA DAVIS, CORNEAL DAVIS, THELMA LEE DAVIS, BRENDEN DELMORE, LASONYA DELMORE, MINOR DELMORE, TIMOTHY DELMORE, LALANDRA DEMPSEY, JAMES DOHERTY, JR., ALVA DURONSLET, DENNIS DURONSLET, DENNIS DURONSLET, JR., JULIAN C. EARL, JOYCE EARL, AUDREY FAVORITE, KALISIS FAVORITE, LAWOWANA FAVORITE, TREVON FAVORITE, DORTHOY LEE GADDIS, DOROTHY MAE GADDIS, ARIEL GABRIEL, DESMANIGUE GAINES, DOMONIGUE GAINES, GERARDO D. GARCIA, DANIELLE GILLARD, TAJ

DONSHAE GILLARD, MICHAEL GINN, JACQUELINE GLOVER, LAQUINCIA GLOVER, PHYLLIS GLOVER, TANYA GLOVER, TYLER GLOVER, TYRA GLOVER, TYRONE GLOVER, JR., ERIC GORDON, JOYCE GORDON, SHAWN GORDON, SHIRLENE GORDON, TERRILYN GORDON, VALARIE GORDON, WHITNEY GORDON, FRANK GREER, DONNA GREY, JAMES GREY, SHRYNAL GREY, TERRENCE GREY, SIDNEY GUSTAVE, ALYSSA HALL, DEAUNARY HALL, IDA ROSE HALL, JOSHUA HALL, ARTEZ HAMILTON, BROOKE HAMILTON, DENISE HAMILTON, SHIRLEY HAMILTON, DIANNELL S. HARDY, JACHIA HARDY, STACY HARDY, SR., STACY HARDY, JR., TELQUISHA HARDY, COURTNAYE HARRIS, JONRICAS HARRIS, JOSEPH HARRIS, KARLEIGH HARRIS, RANDOLPH HARRIS, YVETTE HARRIS, ROBIN HASTEN, STARR HAYWOOD, JOSÉ HEARNEZE, JULIAN L. HERRERA, JULIAN O. HERRERA, SAMANTHA HERRERA, BEANNA HILLIARD, EPHON HILLIARD, AEMETRIA IRVIN, ALDONIA JACKSON, ANGELA JACKSON, BARBARA JACKSON, CHARLIE JACKSON, ERIN JACKSON, SARAYA JACKSON, TODD JACKSON, BRIAHNJELIQUE JAMERSON, DONAHNJALAY JAMERSON, FANNIE JAMERSON, WILLIE JAMERSON, JR., ADRIAL JOHNSON, ALEXIS JOHNSON, ASHLEY JOHNSON,

AVERY JOHNSON, BEVERLY JOHNSON, RONDALL JOHNSON, SHIRLEY JOHNSON, TIFFANY JOHNSON, TRAVONTÈ JOHNSON, WENDELL JOHNSON, SR., WENDELL JOHNSON, JR., BERNARD JONES, BERNIE JONES, ELONORA JONES, JOSEPH JONES, LESTER JONES, SR., LORY JONES, ODIS JONES, JR., RAY JONES, TORRIS KELLY, JR., TEDRAN KENNER, DOMINIQUE KRUGER, JUANITA LANDRY, MARQUISE LANE, JASMINE LATHERS, KIEHESIA LATHES, LINDA LATHERS, LYNDREL LATHERS, EDWARD LEE, ALISIA LEWIS, AARON LEWIS, RAYMOND LINK, CARL LOMAS, CHRISTOPHER LOMAS, DESHANA LOMAS, KENDELL LOMAS, MICHAEL LOMAS, MICHELLE LOMAS, RANDELL LOMAS, ROBERT LOMAS, SHANDREKA LOMAS, SHEKEITA LOMAS, CALREATHA LONDON, KUMARI LONDON, CORA MARCELL, DAVRIN MAGEE, TOMEACCO A. MAGEE, FRED MARSHALL, ELTON MILLER, BRUCE MILTON, KENDALL MILTON, SEDRIC MILTON, SR., SEDRICK MILTON, JR., ALLIAH MIXON, ALLISE MIXON, ALVIE MIXON, JR., ALVIE MIXON III, SHARON T. MIXON, RYAN MIXON, ALISSHIA MOORE, CINDERELLA MOORE, CYNTHIA MOORE, JESSICA MOORE, NYKESHIA MOORE, PRISCILLA MOORE, TRAVIS MOORE, AARON MOSES, JAQUITTA MOSES, MICHAEL NASH, SR., NANCY JO

NORRIS, NAKIRA OWENS, KEYONA OWENS, PHOBIE OWENS, TERESSA OWENS, TIFFANY OWENS, BENJAMIN PALMER, TAMMY PAMS, DEREK PARKER, KEYVIN PARKER, SHION PARKER, TIDARRIUS PARKER, LEROY PAYNE, LYDIA PAYNE, VIVIAN PAYNE, ADELENE PERKINS, LYDIA PERKINS, PERCY PERKINS, BRYANT PATTEN, JR., KEVIN PERKINS, CHARLES PORTREE, CLAUDETTE PUGH, DARIELLE PYE, KIMBERLY PYE, ALISHA QUEEN, LA'TANYA QUEEN, MICHAEL QUEEN, MICHAEL QUEEN, DEMETRIA QUEEN, ED QUEEN, LOUISE QUEEN, BRAD RAY, JOUISH JEARLD RAY, KATHERINE RAY, KATHY RAY, KYREIL RAY, LATRAS RAY, MARK RAY, MARKIA RAY, MELLIDA RAY, NIKETA RAY, TIMMOTHY RAY, SANDRA RICKS, KIERSTEN ROBERTS, ALLEN RICARD, BRIGET RICARD, CONVIDAS RICARD, JOHNELL RICARD, WILLIAM RICARD, ALBERT RICKS, TANYA RICKS, VENICE RICKS, ELDRIDGE RILEY, JUANITA RILEY, LAWILLVONTÉ RILEY, TIMOTHY RILEY, CONNIE ROBERTSON, KEITH ROBERTSON, WILLIE ROGERS, VERA RUSSELL, DONALD SCOTT, LORRAINE SCOTT, RONALD SCOTT, ANTHONY QUINN SHARPER, SR., CONNIE SEAL, CANDACE SHARPER, ALYSHA SHARPER, BROOKER T. SHARPER, FANNIE SHARPER, GENA SHARPER,

GERMAINE SHARPER, GWENDOLYN SHARPER, GWENDREKA SHARPER, IDA SHARPER, IRWIN SHARPER, LA'QUINTUS SHARPER, LEVELL SHARPER, MARK SHARPER, MICHAEL SHARPER, MICHAEL SHARPER, JR., RANDALL SHARPER, RICKY SHARPER, RUBY SHARPER, SHANICE SHARPER, SHELIA SHARPER, WANDA SHARPER, CIERA D. SIMON, LADEALE SIMMONS, LAKESHIA SIMMONS, ELLEN SIP, LATASHA D. SMITH, LOUIS RAY SMITH, JR., ULYSSES SMITH, WALTER SMITH, BENISSA SPEARS, KERA STALLWORTH, KESHAUNA STEWART, AQUILLA TALBERT, CINDERELLA TALBERT, CLINT THOMAS, KYRA THOMAS, AMOS THOMPSON, CAROLYN THOMPSON, SONYA THOMPSON, TYRAS THOMPSON, TYRRA THOMPSON, DIANNE TILFORD, JAMARCUS TILFORD, NORMAN TILFORD, SHAWNDRIER TILFORD, TYLAN TILFORD, HENRY TURNER, JR., TIMOTHY TURNER, GREGORY WASHINGTON, JAMES WATSON, SHELELA WATSON, BARBARA WEAMS, JEREMY WEAMS, JESSICA WEAMS, JOCELYN WEAMS, NANCY WEAMS, NANCY JEAN WEAMS, TRENTON WEAMS, TREMAINE WEAMS, TYRONE WEAMS, TYKEBRA WEAMS, WILLIE WEAMS, JESSICA WENZY, WALDORF WEST, AMBER WILLIAMS, BARBARA WILLIAMS, BETTY WILLIAMS,

BIANCIA R. WILLIAMS, CORNELIUS WILLIAMS, DONNA WILLIAMS, ETHEL WILLIAMS, JEWEL WILLIAMS, MINOR WILLIAMS, JOSHUA WILLIAMS, MACHADDY WILLIAMS, MYRZER WILLIAMS, ROSALYN WILLIAMS, RONNIE WILLIAMS, SR., RONNIE WILLIAMS, JR., ROY WILLIAMS, SHIRLEY WILLIAMS, HENRY WOODLAND, REGINA WOODLAND, CARLTON D. VALLO, JR., LYNETTE M. VALLO, VERNEE M. VALLO, ADRIAN WASHINGTON, ALVA WASHINGTON, BURNIE DEAN WASHINGTON, MAURICE WEATHINGTON, ANTONETTE WEST, NIKISHA WEST, TASHINA WEST, TYSHEYANNA WEST, ANJANE WHITE, DE'LANCIA WILLIAMS, JOHN WILLIAMS, KANOSHA WILLIAMS, TAWANI WILLIAMS, JANET WRIGHT, ELVIN ROY YORK, MARY YORK

VERSUS

VULCAN MATERIALS COMPANY, VULCAN CHEMICAL INVESTMENTS, L.L.C. AND JOHN DOE

FILED
U.S. DIST COURT
MIDDLE DIST. OF LA

2001 DEC 21  P 12: 28

SIGN_____
BY DEPUTY CLERK

01 CV 1131 A-M 2

## NOTICE OF REMOVAL

Vulcan Materials Company and Vulcan Chemical Investments, L.L.C. ("Defendants")

remove, pursuant to 28 U.S.C. §§ 1441 and 1446, this civil action from the 23rd Judicial

District Court, Parish of Ascension, State of Louisiana, in which it is now pending, to the

588466_1                                    7

United States District Court for the Middle District of Louisiana. In support hereof, Defendants states as follows:

1.

On or about November 15, 2001, a "Petition for Damages and Class Action Petition for Damages" was commenced in the 23rd Judicial District Court, Parish of Ascension, State of Louisiana, entitled *"Albertine Aikens, et al vs. Vulcan Materials Company, et al"* bearing Case Number 71,076 on the docket of the 23rd Judicial District Court.

2.

The named plaintiffs allege that they and other purported members of the represented class sustained damages as a result of a release from Vulcan Materials Company on April 3, 2001. (Petition ¶1)

3.

Plaintiffs request certification of an undefined class. (Petition ¶¶ 1, 6 and 7).

4.

This is a civil action over which this Court has original subject matter jurisdiction under 28 U.S.C. § 1332 (diversity of citizenship), because it is a civil action involving citizens of different states and the amount in controversy exceeds Seventy-Five Thousand ($75,000.00) Dollars, exclusive of interest and costs, although Vulcan denies any liability whatsoever.

5.

The United States District Court for the Middle District of Louisiana is, pursuant to 28 U.S.C. §1391 and §1446(a), a court of proper venue because the removed action was originally filed in a Louisiana state court situated in Ascension Parish and alleges events which occurred in the Middle District.

6.

Each of the named plaintiffs, upon information and belief, is a citizen of the State of Louisiana or is not a citizen of the states of New Jersey, Alabama or Delaware.

7.

Vulcan Materials Company is now, and was at the time that plaintiffs' Petition was filed, a corporation organized and formed under the laws of the State of New Jersey, with its principal place of business in the State of Alabama. Vulcan, therefore, is not now, nor was it at the time the plaintiffs' Petition was filed, a citizen of the State of Louisiana.

8.

Vulcan Chemical Investment, L.L.C. is now, and was at the time that plaintiffs' Petition was filed, a corporation organized and formed under the laws of the State of Delaware, with its principal place of business in the State of Alabama. Vulcan Chemical Investments, L.L.C. therefore, is not now, nor was it at the time the plaintiffs' Petition was filed, a citizen of the State of Louisiana.

9.

Vulcan Chemical Investments, L.L.C. neither owned nor operated the facility at which the plaintiffs allege the release occurred. The facility was owned and operated by Vulcan Materials Company.

10.

Thus, in the alternative, the citizenship of Vulcan Chemicals Investments, L.L.C. needs not be considered since it is fraudulently joined.

11.

Plaintiffs have also named as a defendant, John Doe, who is a fictitious person. Pursuant to 28 U.S.C. §1441(a), the citizenship of a defendant sued under a fictitious name need not be considered for purposes of determining the existence of diversity of citizenship jurisdiction because these persons or entities are not proper defendants. Therefore, inasmuch as plaintiffs have sued John Doe under a fictitious name, the citizenship of John Doe should be disregarded for purposes of determining the existence of diversity of citizenship jurisdiction.

12.

Although plaintiffs allege that "no claimant in this actions has received damages in excess of Twenty-five Thousand ($25,000.00) Dollars" (Petition ¶ 8), Plaintiffs' statement should be disregarded for purposes of determining the amount in controversy since the allegation is not a binding, irrevocable stipulation that would limit the plaintiffs' ability

to be awarded and/or accept more than $75,000.00. *See DeAguilar v. Boeing Co.,* 47 F.3d 1404 (5th Cir), *cert. denied,* 516 U.S. 865, 116 S.Ct. 180, 133 L.Ed.2d 119 (1995).

13.

Plaintiffs seek recovery for fear and fright and for adverse health symptoms such as burning eyes, sore throats, upset stomachs and nausea. (Petition ¶3).

14.

Plaintiffs also seek certification of a class for which they may be entitled to attorney's fees pursuant to La.C.C.P. art. 595.

15.

In light of the allegations in the Petition, Defendants show that the amount in controversy for the claims of the named plaintiffs exceeds Seventy-Five Thousand and No/100 ($75,000.00) Dollars, exclusive of interest and costs, although Defendants deny liability to any of the plaintiffs whatsoever.

16.

In addition, pursuant to 28 U.S.C. §1367(a), this Court shall exercise supplemental jurisdiction over the claims of any plaintiffs or putative class members that do not independently satisfy the jurisdictional requirements of 28 U.S.C. §1332.

17.

Consequently, this Court has jurisdiction under 28 U.S.C. § 1332.

18.

Defendants were served with process on November 26, 2001.

19.

This Notice of Removal is filed within thirty (30) days after initial receipt by service upon the first defendant which was properly named and served, and is, therefore, timely pursuant to 28 U.S.C. § 1446(b) and the United States Supreme Court's holding in *Murphy Brothers Inc. v. Michetti Pipe Stringing, Inc.*, 526 U.S. 344, 119 S.Ct. 1322, 143 L.Ed. 2d 448 (1999).

20.

All defendants properly named and served have joined in this removal.

21.

Defendants have, with the filing of this Notice of Removal, submitted copies of all process, pleadings and orders delivered to it in the action pending in the state court. True and correct copies of such documents are attached hereto as collective Exhibit "A".

588466_1

WHEREFORE, Vulcan Materials Company and Vulcan Chemical Investments, L.L.C. respectfully remove this action to this Court for further proceedings according to law.

Respectfully submitted by:

_____

Bradley C. Myers (#1499)
Glenn M. Farnet (#20185)
Carol L. Galloway (#16930)
KEAN, MILLER, HAWTHORNE, D'ARMOND, McCOWAN & JARMAN, L.L.P.
One American Place, 22nd Floor
Post Office Box 3513 (70821)
Baton Rouge, Louisiana 70825
Telephone: (225) 387-0999
Telecopy: (225) 388-9133

*Attorneys for Vulcan Materials Company and Vulcan Chemical Investments, L.L.C.*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Removal has been

mailed, postage prepaid to the following:

Danny S. Gauthier
P.O. Box 64916
11817 Bricksome
Baton Rouge, LA 70896

Daniel E. Becnel, Jr.
Darryl J. Becnel
LAW OFFICES OF DANIEL E. BECNEL, JR.
106 West Seventh Street
P.O. Drawer H
Reserve, LA 70084

Walter C. Dumas
DUMAS & ASSOCIATES
1263 Government Street
Baton Rouge, LA 70821

Baton Rouge, Louisiana this _____ day of December, 2001.

_____
Bradley C. Myers

# CSC  The United States Corporation Company
## 2711 Centerville Road Suite 400, Wilmington, DE, 19808
### (302) 636-5400

United States Corporation Company                                    The Prentice-Hall Corporation System, Inc.

## NOTICE OF SERVICE OF PROCESS

Date Processed: 26-NOV-01                          Transmittal #: LA1292682P          ALL

To: WILLIAM F. DENSON, III, V.P., LAW & SECY.        Redirect sent to:
    VULCAN MATERIALS COMPANY                          B.W. BUMPERS, CORPORATE CLAIMS
    1200 URBAN CENTER DRIVE
    BIRMINGHAM AL 35242

**RECEIVED**

TYPE OF REPRESENTATION:   Statutory                   **NOV 2 7 2001**

*We enclose the following documents which were served upon:*     **LEGAL DEPARTMENT**
                          The Prentice-Hall Corporation System, Inc.
*as registered agent in   Louisiana            for*
                          VULCAN MATERIALS COMPANY (ID#:  0514376)
*Documents were served on  26-NOV-01  via Personal Service*        ID#:  N/A

Title of Action: ALBERTINE AIKENS,ET AL                           Case #: 71076
          vs.  VULCAN MAT.CO.,ET AL
        Court: 23RD JDC,ASCENSION PAR.,LA
Nature of Case:
          INJURY DUE EXPOSURE TO CHEMICAL.

| | | |
|---|---|---|
| **X** Summons | _____ Notice of Mechanic's Lien | _____ A self-addressed stamped |
| **X** Complaint | _____ Notice of Attorney's Lien | envelope enclosed |
| _____ Garnishment | _____ Notice of Default Judgment | _____ Duplicate copies of the Notice |
| _____ Subpoena | | and Acknowledgement enclosed |
| _____ Other: | | |

      Answer Due:  15 DAYS
Documents Sent:  Federal Express        ID#:
    Call Placed:  No call placed          Spoke to:  N/A
      Comments:  N/A

Attorney for Claimant:
        DANNY S.GAUTHIER,ESQ.
        P.O.BOX 64916
        BATON ROUGE,LA 70896

        (225)338-9922

Form Prepared By:  Roxanne Miller

*Please acknowledge receipt of this notice and the enclosures by signing and returning the acknowledgement copy.*

Original Client Copy - for your records

**EXHIBIT**
*A*

ALL-STATE LEGAL®

The information on this transmittal is provided for use in forwarding the attached documents. This information does not constitute a
details of this action. These should be obtained from the documents themselves. The receiver of this transmittal is responsible for in
for taking appropriate action. If you have received only a copy of the transmittal, you should be aware that the documents have been sent to the original addressee.
You should contact that addressee for details or interpretations of the content of those documents.

## CITATION

ALBERTINE AIKENS

VERSUS

VULCAN MATERIALS COMPANY et al

23RD JUDICIAL DISTRICT COURT

PARISH OF ASCENSION

STATE OF LOUISIANA

**RECEIVED**

**NOV 2 7 2001**

**LEGAL DEPARTMENT**

DOCKET NUMBER: 00071076B

**SERVE: VULCAN MATERIALS COMPANY**
THRU ITS REGISTERED AGENT FOR SERVICE OF PROCESS:THE PRENTICE HALL
CORPORATION SYSTEM INC, 701 SOUTH PETERS STREET, SECOND FLOOR
NEW ORLEANS, LA. 70130

PARISH OF ORLEANS

You are hereby summoned to comply with the demand contained in the Petition*
of which a true and correct copy accompanies this citation, or make an
appearance either by filing a pleading or otherwise, in the 23rd Judicial
District Court in and for the Parish of Ascension, State of Louisiana,
within fifteen (15) days after the service hereof, under penalty of default.

This service was ordered by Attorney GAUTHIER, DANNY S and was
issued by the Clerk of Court on the 19TH day of NOVEMBER, 2001.

_____
Deputy Clerk of Court for
Kermit "Hart" Bourque, Clerk of Court

*************************************************************************
LEGAL ASSISTANCE IS ADVISABLE AND YOU SHOULD CONTACT A LAWYER IMMEDIATELY.
COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE.
*************************************************************************
-----------------------------------------------------------------------

### SERVICE INFORMATION

Received on the _____ day of _____ , 20 _____ and on

the _____ day of _____ , 20 _____ served the above named party

as follows:

PERSONAL SERVICE: on the party herein named _____

DOMICILIARY SERVICE: on the party herein named by leaving the same at his

domicile in this parish in the hands of _____ , a
person apparently over the age of seventeen years, living and residing in
said domicile and whose name and other facts connected with this service, I
learned by interrogating the said person, said party herein being absent
from his residence at the time of said service.

RETURNED: PARISH OF _____ this ____ day of _____ , 20 _____ .

SERVICE:    $ _____

MILEAGE:    $ _____

TOTAL:      $ _____

BY: _____
              Deputy Sheriff

0013

ALBERTINE AIKENS, ET AL        SUIT NO. 71676  DIV.____

VERSUS                                      23rd JUDICIAL DISTRICT COURT

VULCAN MATERIALS COMPANY,        PARISH OF ASCENSION
VULCAN CHEMICAL INVESTMENTS, L.L.C.
AND  JOHN DOE                           STATE OF LOUISIANA **DIVISION B**
*************************************************************

### PETITION FOR DAMAGES AND CLASS ACTION CERTIFICATION

**NOW INTO COURT,** through undersigned counsel, comes the plaintiffs' in the above captioned matter, Albertine Aikens, Gilbert Allen, Hazel Augillard, Jeremiah Augillard., Michael Augillard Sr, Michael Augillard, Jr., Miracle Augillard, Sierra Augillard, Anthony Bailey, Melvender Bailey, Alvin Bates, Jannie Bates, Carissa S. Bell, Darrolyn M. Bell, Renaldo Blackmon, Albert Boudreaux, Alonzo Boudreaux, K'Vawn Boudreaux, LaShawn Boudreaux Noil Boudreaux Sr., Noil Boudreaux Jr., Sammie Boudreaux, Shantell Boudreaux, Adell Brooks Kader Brooks, Kimberly Brooks, Linda Brooks, Tony Brooks, Annette Brown, Barbara E. Brown , Charles Brown, Dominique Brown, Famerra Brown, Ina Brown, India Brown, Leola Brown, Raymond Briley, Schellice Briley, Elvige Buggage, Dalacy Bureau, JaCoby Bureau, Kitange Bureau, Lori Bureau, Rawn Bureau, Ricky Bureau, Kevin Campbell, Denise Carey Jarius Carey, Debra Carline, Adaija Carter, Adell Carter, Tiara Castle, Amanda Chatman Randy Chatman, Wilma Chatman, Andrew Christopher, Ben Clark, Benjamin Clark, Gail Clark I Gail Clark II, Lamarcus Clark, Mary Jane Clark, Mary L. Clark, Rouchelle Clark, Shantell M. Clark, Tessie Clark, Tessie M. Clark, Tonya Clark, Wayne Clark , Wayne Clark Jr,, Darrell Coleman, Ka'Darius Coleman, Tenneka Coleman, Bessie Collins, Dennis Collins, Marvin Collins Carla Comery, Carlos Comery, Freddie Comery Jr , Freddie Comery III , Betty Coppage, Billy Coppage, Rodney Cox, Theress Cox , Sharie Crocker, Roneshica Bureau Crushberry, Berlisa T. Daniels, Justin Daniels, Emanuel Daggs, Allison Davis, Andrea Davis, Corneal Davis, Thelma Lee Davis, Brenden Delmore, LaSonya Delmore, Minor Delmore, Timothy Delmore, Lalandra Dempsey, James Doherty, Jr., Alva Duronslet, Dennis Duronslet , Dennis Duronslet Jr., Julian C. Earl, Joyce Earl, Audrey Favorite, Kalisis Favorite, Lawowana Favorite, Trevon Favorite Dorothy Lee Gaddis, Dorthoy Mae Gaddis, Ariel Gabriel, DesManigue Gaines , Domonique Gaines, Gerardo D. Garcia, Danielle Gillard, Taj Donshae Gillard, Michael Ginn, Jacqueline Glover, Laquincia Glover, Phyllis Glover, Tanya Glover, Tyler Glover, Tyra Glover, Tyrone Glover, Jr., Eric Gordon , Joyce Gordon, Shawn Gordon, Shirlene Gordon, Terrilyn Gordon

Valarie Gordon, Whitney Gordon, Frank Greer, Donna Grey, James Grey, Shrynal Grey

Terrence Grey, Sidney Gustave, Alyssa Hall, Deaunary Hall, Ida Rose Hall, Joshua Hall, Artez

Hamilton, Brooke Hamilton, Denise Hamilton, Shirley Hamilton, Diannell S. Hardy, Jachia Hardy

Stacy Hardy Sr., Stacy Hardy, Jr., Telquisha Hardy, Courtnaye Harris, Jonricas Harris, Joseph

Harris, Karleigh Harris, Randolph Harris, Yvette Harris, Robin Hasten, Starr Haywood, Jose'

Hearneze, Julian L.Herrera, Julian O. Herrera, Samantha Herrera, Beanna Hilliard, Ephon

Hilliard, Aemetria Irvin, Aldonia Jackson, Angela Jackson, Barbara Jackson, Charlie Jackson,

Erin Jackson, Saraya Jackson, Todd Jackson, BriAhnjelique Jamerson, Donahnjalay Jamerson

Fannie Jamerson, Willie Jamerson Jr., Adrial Johnson, Alexis Johnson, Ashley Johnson, Avery

Johnson, Beverly Johnson, Rondall Johnson, Shirley Johnson, Tiffany Johnson, Travonte'

Johnson, Wendell Johnson Sr., Wendell Johnson, Jr., Bernard Jones, Bernie Jones, Elonora Jones

Joseph Jones, Lester Jones Sr., Lory Jones, Odis Jones, Jr., Ray Jones, Torris Kelly Jr, Tedran

Kenner, Dominique Kruger, Juanita Landry, Marquise Lane, Jasmine Lathers, Kiehesia Lathers,

Linda Lathers, Lyndrel Lathers, Edward Lee, Alisia Lewis, Aaron Lewis, Raymond Link, Carl

Lomas, Christopher Lomas, Deshana Lomas, Kendell Lomas, Michael Lomas, Michelle Lomas

Randell Lomas, Robert Lomas, Shandreka Lomas, Shekeita Lomas, Calreatba London, Kumari

London, Cora Marcell, Davrin Magee, Tomeacco A. Magee, Fred Marshall, Elton Miller, Bruce

Milton, Kendall Milton, Sedric Milton, Sr., Sedrick Milton Jr., Alliah Mixon, Allise Mixon, Alvie

Mixon Jr, Alvie Mixon III, Sharon T. Mixon, Ryan Mixon, Alisshia Moore, Cinderella Moore,

Cynthia Moore, Jessica Moore, Nykeshia Moore, Priscilla Moore, Travis Moore, Aaron Moses

Jaquitta Moses, Michael Nash Sr., Nancy Jo Norris, Nakira Owens, Keyona Owens, Phobie

Owens, Teressa Owens, Tiffany Owens, Benjamin Palmer, Tammy Pams, Derek Parker, Keyvin

Parker, Shion Parker, Tidarrius Parker, Leroy Payne, Lydia Payne, Vivian Payne, Adelene Perkins

Lydia Perkins, Percy Perkins, Bryant Patten Jr., Kevin Perkins, Charles Portree, Claudette Pugh

Darielle Pye, Kimberly Pye, Alisha Queen, La'Tanya Queen, Michael Queen, Demetria Queen

Ed Queen, Louise Queen, Brad Ray, Jouish Jearld Ray, Katherine Ray, Kathy Ray, Kyreil Ray

Latras Ray, Mark Ray, Markia Ray, Mellida Ray, Niketa Ray, Timmothy Ray, Sandra Ricks

Kiersten Roberts, Allen Ricard, Briget Ricard, Convidas Ricard, Johnell Ricard, William Ricard,

Albert Ricks, Tanya Ricks, Venice Ricks, Eldridge Riley, Juanita Riley, LaWillvonte' Riley

Timothy Riley, Connie Robertson, Keith Robertson, Willie Rogers, Vera Russell, Donald Scott

Lorraine Scott, Ronald Scott, Anthony Quinn Sharper  Sr. , Connie Seal, Candace Sharper,

Alysha Sharper, Booker T. Sharper, Fannie Sharper, Gena Sharper, Germaine Sharper,

Gwendolyn Sharper, Gwendreka Sharper, Ida Sharper, Irwin Sharper, La'Quintus Sharper, Levell

Sharper, Mark Sharper, Michael Sharper, Michael Sharper Jr,, Randall Sharper, Ricky Sharper

Ruby Sharper, Shanice Sharper, Shelia Sharper , Wanda Sharper, Ciera D. Simon, Ladeale

Simmons, Lakeshia Simmons, Ellen Sip, Latasha D. Smith, Louis Ray Smith, Jr., Ulysses Smith

Walter Smith, Benissa Spears, Kera Stallworth, KeShauna Stewart, Aquilla Talbert, Cinderella

Talbert, Clint Thomas, Kyra Thomas, Amos Thompson, Caroyln Thompson , Sonya Thompson

Tyras Thompson, Tyrra Thompson, Dianne Tilford, JaMarcus Tilford, Norman Tilford,

Shawndrier Tilford, Tylan Tilford, Henry Turner Jr., Timothy Turner, Gregory Washington,

James Watson, Shelela Watson, Barbara Weams, Jeremy Weams, Jessica Weams, Jocelyn Weams

Nancy Weams, Nancy Jean Weams, Trenton Weams, Tremaine Weams, Tyrone Weams, Tykebra

Weams, Willie Weams, Jessica Wenzy, Waldorf West, Amber Williams, Barbara Williams, Betty

Williams, Biancia R. Williams, Cornelius Williams, Donna Williams, Ethel Williams, Jewel

Williams, Minor Williams, Joshua Williams, Machaddy Williams, Myrzer  Williams, Rosalyn

Williams, Ronnie Williams Sr,, Ronnie Williams Jr., Roy Williams, Shirley Williams , Henry

Woodland, Regina Woodland, Carlton D. Vallo Jr.,, Lynette M. Vallo, Vernee M. Vallo

Adrian Washington, Alva Washington, Burnie Dean Washington, Maurice Weathington,

Antonette West, Nikisha West, Tashina West, Tysheyanna West, Anjane White, De'Lancia

Williams, John Williams, Kanosha Williams, Tawani Williams, Janet Wright, Elvin Roy York,

Mary York

**MADE DEFENDANTS HEREIN ARE:**

VULCAN MATERIALS COMPANY., a foreign corporation, authorized to do and doing
business in the Parish of Ascension, State of Louisiana;

VULCAN CHEMICALS INVESTMENTS, L.L.C., a foreign  limited liability corporation,
authorized to do and doing business in the Parish of Ascension, State of Louisiana and with its
principle business establishment located in the Parish of Ascension, State of Louisiana.

John Doe, upon information and belief, a domiciliary and a resident of Ascension Parish,
Louisiana who is believed to ba a supervisor of the Vulcan Chemical plant, and, at all times
pertinent hereto, an employee of said defendants.

1.

Petitioners are now and/or have been residents of the community of  Geismar and

Gonzales, Louisiana and the surrounding area which is in the vicinity of  the Vulcan Chemical

plant.

2.

On or about April 03, 2001, the defendant, Vulcan Materials Company, released into the atmosphere a cloud of hydrochloric acid, methylene chloride, chloromethane and/or other hazardous and toxic chemicals at the Vulcan Chemical plant.

3.

The aforementioned chemical cloud which was released by the defendant, was carried on the prevailing winds to the residences of the plaintiffs, causing the petitioners to experience fear and fright for their physical well-being and exposure to the chemicals caused adverse health symptoms such as burning eyes, sore throats, upset stomachs and nausea.

4.

Petitioners allege that the negligence of the defendants, consisted of mainly, but not limited to the following:

(a) handling of toxic materials with reckless disregard for the safety of the inhabitants of the area,

(b) handling of chemicals without proper supervision and safeguard of its agents and employees,

(c) wanton disregard for the well-being of the inhabitants of the area,

(d) any and all acts of negligence which will be proven at the trial on the merits.

5.

Petitioners further allege that the defendant is liable under the provisions of La. C.C. Art. 2317, et al, to the petitioners and the class of plaintiffs herein represented for the damage suffered in this incident.

6.

Petitioners are entitled to have this cause of action maintained as a class action pursuant to La. C.C.P. Art. 591, et seq, for the following reasons:

(a) the persons constituting the class are so numerous that individual joinder of all parties is impracticable,

(b) there exists a common character among the rights sought to be enforced on behalf of the class among the class representative and the unnamed class members,

(c) the named petitioner of the class and members of the class is so situated as to provide adequate representation for the unnamed class members,

(d) the majority of the unnamed class members have no substantial interest in individually controlling the prosecution of their separate actions,

(e) there are common questions and issues of fact and law involved in this matter which predominate over questions of individual class members,

(f) any defenses to liability set forth by the defendant would be applicable to all claims presented by the members of the class,

(g) prosecution as separate actions by individual class members will create a serious risk of inconsistent or varying adjudications which may prejudicially affect the claims of other class members in subsequent litigation,

(h) the class action is the superior procedural vehicle for this litigation because the primary objectives of the class action, economies of time, effort and expense, will be achieved, and,

(i) the vehicle of the class action may be more easily managed than some other procedural vehicle considering the opportunity to afford reasonable notice of significant phases of litigation, including, inter alia, discovery, to class members.

7.

The named petitioners' individual damages are not substantially different from the damages of the other members of the represented class. The petitioners will fully and adequately protect the interests of the other members of the respective class, who are too numerous to be names individually in this proceeding.

8.

Because of the size of the individual class members' claims, few, if any, class members could afford to seek legal action for the wrongs complained of herein. Absent a class action, the class members will suffer the losses and damages alleged herein without redress. No claimant in this action has received damages in excess of Twenty-five Thousand ($25,000.00) Dollars

WHEREFORE, petitioners pray for themselves individually and on behalf of others similarly situated, that the defendants, VULCAN MATERIALS COMPANY, VULCAN CHEMICALS INVESTMENTS, L.L.C and JOHN DOE, be served with a copy of this petition and cited to appear and answer same, and that after all due proceedings had, there be a judgment herein as follows;

I. That an order be entered herein certifying this action and maintaining this action as a class action;

II. That after due proceedings are held in this matter, a judgment of monetary damages be awarded to each of the plaintiffs,

II. For all costs of this suit and for legal interest thereon from the date of the filing of these proceedings

BY ATTORNEY:

DANNY S. GAUTHIER LSBA# 21611
ATTORNEY AT LAW
P.O. BOX 64916
BATON ROUGE, LOUISIANA 70896
PHONE: (225) 338-9922
FAX: (225) 334-0086

PLEASE SERVE DEFENDANTS:

1. VULCAN CHEMICALS INVESTMENTS, L.L.C.
   THROUGH ITS REGISTERED AGENT FOR SERVICE OF PROCESS:

   CORPORATION SERVICE COMPANY
   320 SOMERULOS STREET
   BATON ROUGE, LOUISIANA 70802-6219

2. VULCAN MATERIALS COMPANY
   THROUGH ITS REGISTERED AGENT FOR SERVICE OF PROCESS:

   THE PRENTICE-HALL CORPORATION SYSTEM, INC.
   701 SOUTH PETERS STREET, SECOND FLOOR
   NEW ORLEANS, LOUISIANA 70130

A TRUE COPY
Amanda
Deputy Clerk & Recorder
ASCENSION PARISH 11-19-01

# CSC  The United States Corporation Company
## 2711 Centerville Road Suite 400, Wilmington, DE, 19808
### (302) 636-5400

*BwB*

United States Corporation Company                                    The Prentice-Hall Corporation System, Inc.

## NOTICE OF SERVICE OF PROCESS

Date Processed: 26-NOV-01                          Transmittal #:  LA1293285C        A1.1.

To: WILLIAM F. DENSON,III,SENIORVP,GENERAL COUNSEL          Redirect sent to:
    VULCAN CHEMICALS INVESTMENTS, LLC
    1200 URBAN CENTER DRIVE                                      **RECEIVED**
    BIRMINGHAM AL 35242
                                                                **NOV 2 7 2001**

                                                                **LEGAL DEPARTMENT**

TYPE OF REPRESENTATION:   Statutory

*We enclose the following documents which were served upon:*
                                    Corporation Service Company
*as registered agent in   Louisiana          for*
                  VULCAN CHEMICALS INVESTMENTS, LLC (ID#:   1766739)
*Documents were served on  26-NOV-01      via Personal Service*              ID#:  N/A

Title of Action: ALBERTINE AIKENS                          Case #: 00071076B
           vs.  VULCAN MATERIALS COMPANY, ET AL
       Court: 23RD JDC, PARISH OF ASCENSION, LA
Nature of Case: Personal Injury

__X__ Summons                ____ Notice of Mechanic's Lien        ____ A self-addressed stamped
__X__ Complaint              ____ Notice of Attorney's Lien             envelope enclosed
____ Garnishment             ____ Notice of Default Judgment       ____ Duplicate copies of the Notice
____ Subpoena                                                          and Acknowledgement enclosed

____ Other:

  Answer Due: WITHIN 15 DAYS OF SERVICE
Documents Sent: Federal Express        ID#:
  Call Placed: No call placed          Spoke to:  N/A
  Comments: N/A

Attorney for Claimant:
      DANNY S. GAUTHIER
      POST OFFICE BOX 64916
      BATON ROUGE, LA 70896

      225/338-9922

Form Prepared By: Janet Robert

*Please acknowledge receipt of this notice and the enclosures by signing and returning the acknowledgement copy.*

### Original Client Copy - for your records

The information on this transmittal is provided for use in forwarding the attached documents. This information does not constitute a legal opinion as to the facts or details of this action. These should be obtained from the documents themselves. The receiver of this transmittal is responsible for interpreting the documents and for taking appropriate action. If you have received only a copy of the transmittal, you should be aware that the documents have been sent to the original addressee. You should contact that addressee for details or interpretations of the content of those documents.

## CITATION

*294*

ALBERTINE AIKENS

VERSUS

VULCAN MATERIALS COMPANY et al

23RD JUDICIAL DISTRICT COURT

PARISH OF ASCENSION

STATE OF LOUISIANA

DOCKET NUMBER: 00071076B

SERVE: VULCAN CHEMICALS INVESTMENTS LLC
THRU ITS REGISTERED AGENT FOR SERVICE OF PROCESS:
CORPORATION SERVICE COMPANY, 320 SOMERULOS STREET
BATON ROUGE, LA. 70802-6219

**RECEIVED**

**NOV 2 7 2001**

**LEGAL DEPARTMENT**

PARISH OF EAST BATON ROUGE

You are hereby summoned to comply with the demand contained in the Petition*
of which a true and correct copy accompanies this citation, or make an
appearance either by filing a pleading or otherwise, in the 23rd Judicial
District Court in and for the Parish of Ascension, State of Louisiana,
within fifteen (15) days after the service hereof, under penalty of default.

This service was ordered by Attorney GAUTHIER, DANNY S and was
issued by the Clerk of Court on the 19TH day of NOVEMBER, 2001.

_____
Deputy Clerk of Court for
Kermit "Hart" Bourque, Clerk of Court

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
LEGAL ASSISTANCE IS ADVISABLE AND YOU SHOULD CONTACT A LAWYER IMMEDIATELY.
COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

-------------------------------------------------------------------------------

### SERVICE INFORMATION

Received on the _____ day of _____, 20 _____ and on

the _____ day of _____, 20 _____ served the above named party

as follows:

PERSONAL SERVICE: on the party herein named _____

DOMICILIARY SERVICE: on the party herein named by leaving the same at his

domicile in this parish in the hands of _____, a
person apparently over the age of seventeen years, living and residing in
said domicile and whose name and other facts connected with this service, I
learned by interrogating the said person, said party herein being absent
from his residence at the time of said service.

RETURNED: PARISH OF _____ this ____ day of _____, 20 _____ .

SERVICE: $ _____
MILEAGE: $ _____
TOTAL: $ _____

BY: _____
Deputy Sheriff

0012

ALBERTINE AIKENS, ET AL        SUIT NO. 11076 DIV.____

VERSUS        23rd JUDICIAL DISTRICT COURT

VULCAN MATERIALS COMPANY   PARISH OF ASCENSION
VULCAN CHEMICAL INVESTMENTS, L.L.C.
AND JOHN DOE        STATE OF LOUISIANA
**************************************************** **DIVISION B**

### PETITION FOR DAMAGES AND CLASS ACTION CERTIFICATION

**NOW INTO COURT**, through undersigned counsel, comes the plaintiffs' in the above captioned matter, Albertine Aikens, Gilbert Allen, Hazel Augillard, Jeremiah Augillard., Michael Augillard Sr, Michael Augillard, Jr., Miracle Augillard, Sierra Augillard, Anthony Bailey, Melvender Bailey, Alvin Bates, Jannie Bates, Carissa S. Bell, Darrolyn M. Bell, Renaldo Blackmon, Albert Boudreaux, Alonzo Boudreaux, K'Vawn Boudreaux, LaShawn Boudreaux, Noil Boudreaux Sr., Noil Boudreaux Jr., Sammie Boudreaux, Shantell Boudreaux, Adell Brooks Kader Brooks, Kimberly Brooks, Linda Brooks, Tony Brooks, Annette Brown, Barbara E. Brown , Charles Brown, Dominique Brown, Famerra Brown, Ina Brown, India Brown, Leola Brown, Raymond Briley, Schellice Briley, Elvige Buggage, Dalacy Bureau, JaCoby Bureau, Kitange Bureau, Lori Bureau, Rawn Bureau, Ricky Bureau, Kevin Campbell, Denise Carey Jarius Carey, Debra Carline, Adaija Carter, Adell Carter, Tiara Castle, Amanda Chatman Randy Chatman, Wilma Chatman, Andrew Christopher, Ben Clark, Benjamin Clark, Gail Clark I Gail Clark II, Lamarcus Clark, Mary Jane Clark, Mary L. Clark, Rouchelle Clark, Shantell M. Clark, Tessie Clark, Tessie M. Clark, Tonya Clark, Wayne Clark ,Wayne Clark Jr,, Darrell Coleman, Ka'Darius Coleman, Tenneka Coleman, Bessie Collins, Dennis Collins, Marvin Collins Carla Comery, Carlos Comery, Freddie Comery Jr , Freddie Comery III , Betty Coppage, Billy Coppage, Rodney Cox, Theress Cox , Sharie Crocker, Roneshica Bureau Crushberry, Berlisa T. Daniels, Justin Daniels, Emanuel Daggs, Allison Davis, Andrea Davis, Corneal Davis, Thelma Lee Davis, Brenden Delmore, LaSonya Delmore, Minor Delmore, Timothy Delmore, Lalandra Dempsey, James Doherty, Jr., Alva Duronslet, Dennis Duronslet , Dennis Duronslet Jr., Julian C. Earl, Joyce Earl, Audrey Favorite, Kalisis Favorite, Lawowana Favorite, Trevon Favorite Dorothy Lee Gaddis, Dorthoy Mae Gaddis, Ariel Gabriel, DesManigue Gaines , Domonique Gaines, Gerardo D. Garcia, Danielle Gillard, Taj Donshae Gillard, Michael Ginn, Jacqueline Glover, Laquincia Glover, Phyllis Glover, Tanya Glover, Tyler Glover, Tyra Glover, Tyrone. Glover, Jr., Eric Gordon , Joyce Gordon, Shawn Gordon, Shirlene Gordon, Terrilyn Gordon

Valarie Gordon, Whitney Gordon, Frank Greer, Donna Grey, James Grey , Shrynal Grey
Terrence Grey, Sidney Gustave, Alyssa Hall, Deaunary Hall, Ida Rose Hall, Joshua Hall, Artez
Hamilton, Brooke Hamilton, Denise Hamilton, Shirley Hamilton, Diannell S. Hardy, Jachia Hardy
Stacy Hardy Sr., Stacy Hardy, Jr., Telquisha Hardy, Courtnaye Harris, Jonricas Harris, Joseph
Harris, Karleigh Harris, Randolph Harris, Yvette Harris, Robin Hasten, Starr Haywood , Jose'
Hearneze, Julian L.Herrera, Julian O. Herrera, Samantha Herrera , Beanna Hilliard, Ephon
Hilliard, Aemetria Irvin, Aldonia Jackson, Angela Jackson, Barbara Jackson, Charlie Jackson,
Erin Jackson, Saraya Jackson, Todd Jackson, BriAhnjelique Jamerson, Donahnjalay Jamerson
Fannie Jamerson, Willie Jamerson Jr., Adrial Johnson, Alexis Johnson, Ashley Johnson, Avery
Johnson, Beverly Johnson, Rondall Johnson, Shirley Johnson, Tiffany Johnson, Travonte'
Johnson, Wendell Johnson Sr., Wendell Johnson, Jr., Bernard Jones, Bernie Jones, Elonora Jones
Joseph Jones, Lester Jones Sr., Lory Jones, Odis Jones, Jr., Ray Jones, Torris Kelly Jr, Tedran
Kenner, Dominique Kruger, Juanita Landry, Marquise Lane, Jasmine Lathers, Kiehesia Lathers,
Linda Lathers, Lyndrel Lathers, Edward Lee, Alisia Lewis, Aaron Lewis, Raymond Link, Carl
Lomas, Christopher Lomas, Deshana Lomas, Kendell Lomas, Michael Lomas, Michelle Lomas
Randell Lomas, Robert Lomas, Shandreka Lomas, Shekeita Lomas, Calreatha London, Kumari
London, Cora Marcell, Davrin Magee, Tomeacco A. Magee, Fred Marshall, Elton Miller, Bruce
Milton, Kendall Milton, Sedric Milton, Sr., Sedrick Milton Jr., Alliah Mixon, Allise Mixon, Alvie
Mixon Jr, Alvie Mixon III, Sharon T. Mixon, Ryan Mixon, Alisshia Moore, Cinderella Moore,
Cynthia Moore, Jessica Moore, Nykeshia Moore, Priscilla Moore, Travis Moore, Aaron Moses
Jaquitta Moses, Michael Nash Sr., Nancy Jo Norris, Nakira Owens, Keyona Owens, Phobie
Owens, Teressa Owens, Tiffany Owens, Benjamin Palmer, Tammy Pams, Derek Parker, Keyvin
Parker, Shion Parker, Tidarrius Parker, Leroy Payne, Lydia Payne, Vivian Payne, Adelene Perkins
Lydia Perkins, Percy Perkins, Bryant Patten Jr., Kevin Perkins, Charles Portree, Claudette Pugh
Darielle Pye, Kimberly Pye, Alisha Queen, La'Tanya Queen, Michael Queen, Demetria Queen
Ed Queen, Louise Queen, Brad Ray, Jouish Jearld Ray, Katherine Ray, Kathy Ray, Kyreil Ray
Latras Ray, Mark Ray, Markia Ray, Mellida Ray, Niketa Ray, Timmothy Ray, Sandra Ricks ,
Kiersten Roberts, Allen Ricard, Briget Ricard, Convidas Ricard, Johnell Ricard, William Ricard,
Albert Ricks, Tanya Ricks , Venice Ricks, Eldridge Riley, Juanita Riley, LaWillvonte' Riley
Timothy Riley, Connie Robertson, Keith Robertson, Willie Rogers, Vera Russell, Donald Scott

Lorraine Scott, Ronald Scott, Anthony Quinn Sharper Sr. , Connie Seal, Candace Sharper, Alysha Sharper, Booker T. Sharper, Fannie Sharper, Gena Sharper, Germaine Sharper, Gwendolyn Sharper, Gwendreka Sharper, Ida Sharper, Irwin Sharper, La'Quintus Sharper, Levell Sharper, Mark Sharper, Michael Sharper, Michael Sharper Jr,, Randall Sharper, Ricky Sharper Ruby Sharper, Shanice Sharper, Shelia Sharper , Wanda Sharper, Ciera D. Simon, Ladeale Simmons, Lakeshia Simmons, Ellen Sip, Latasha D. Smith, Louis Ray Smith, Jr., Ulysses Smith Walter Smith, Benissa Spears, Kera Stallworth, KeShauna Stewart, Aquilla Talbert, Cinderella Talbert, Clint Thomas, Kyra Thomas, Amos Thompson, Caroyln Thompson , Sonya Thompson Tyras Thompson, Tyrra Thompson, Dianne Tilford, JaMarcus Tilford, Norman Tilford, Shawndrier Tilford, Tylan Tilford, Henry Turner Jr., Timothy Turner, Gregory Washington, James Watson, Shelela Watson, Barbara Weams, Jeremy Weams, Jessica Weams, Jocelyn Weams Nancy Weams, Nancy Jean Weams, Trenton Weams, Tremaine Weams, Tyrone Weams, Tykebra Weams, Willie Weams, Jessica Wenzy, Waldorf West, Amber Williams, Barbara Williams, Betty Williams, Biancia R. Williams, Cornelius Williams, Donna Williams, Ethel Williams, Jewel Williams, Minor Williams, Joshua Williams, Machaddy Williams, Myrzer Williams, Rosalyn Williams, Ronnie Williams Sr,, Ronnie Williams Jr., Roy Williams, Shirley Williams , Henry Woodland, Regina Woodland, Carlton D. Vallo Jr.,, Lynette M. Vallo, Vernee M. Vallo Adrian Washington, Alva Washington, Burnie Dean Washington, Maurice Weathington, Antonette West, Nikisha West, Tashina West, Tysheyanna West, Anjane White, De'Lancia Williams, John Williams, Kanosha Williams, Tawani Williams, Janet Wright, Elvin Roy York, Mary York

**MADE DEFENDANTS HEREIN ARE:**

VULCAN MATERIALS COMPANY., a foreign corporation, authorized to do and doing business in the Parish of Ascension, State of Louisiana;

VULCAN CHEMICALS INVESTMENTS, L.L.C., a foreign limited liability corporation, authorized to do and doing business in the Parish of Ascension, State of Louisiana and with its principle business establishment located in the Parish of Ascension, State of Louisiana.

John Doe, upon information and belief a domiciliary and a resident of Ascension Parish, Louisiana who is believed to ba a supervisor of the Vulcan Chemical plant, and, at all times pertinent hereto, an employee of said defendants.

1.
Petitioners are now and/or have been residents of the community of Geismar and Gonzales, Louisiana and the surrounding area which is in the vicinity of the Vulcan Chemical plant.

2.

On or about April 03, 2001, the defendant, Vulcan Materials Company, released into the atmosphere a cloud of hydrochloric acid, methylene chloride, chloromethane and/or other hazardous and toxic chemicals at the Vulcan Chemical plant.

3.

The aforementioned chemical cloud which was released by the defendant, was carried on the prevailing winds to the residences of the plaintiffs, causing the petitioners to experience fear and fright for their physical well-being and exposure to the chemicals caused adverse health symptoms such as burning eyes, sore throats, upset stomachs and nausea.

4.

Petitioners allege that the negligence of the defendants, consisted of mainly, but not limited to the following:

(a) handling of toxic materials with reckless disregard for the safety of the inhabitants of the area,
(b) handling of chemicals without proper supervision and safeguard of its agents and employees,
(c) wanton disregard for the well-being of the inhabitants of the area,
(d) any and all acts of negligence which will be proven at the trial on the merits.

5.

Petitioners further allege that the defendant is liable under the provisions of La. C.C. Art. 2317, et al, to the petitioners and the class of plaintiffs herein represented for the damage suffered in this incident.

6.

Petitioners are entitled to have this cause of action maintained as a class action pursuant to La. C.C.P. Art. 591, et seq, for the following reasons:

(a) the persons constituting the class are so numerous that individual joinder of all parties is impracticable,

(b) there exists a common character among the rights sought to be enforced on behalf of the class among the class representative and the unnamed class members,

(c) the named petitioner of the class and members of the class is so situated as to provide adequate representation for the unnamed class members,

(d) the majority of the unnamed class members have no substantial interest in individually controlling the prosecution of their separate actions,

(e) there are common questions and issues of fact and law involved in this matter which predominate over questions of individual class members,

(f) any defenses to liability set forth by the defendant would be applicable to all claims presented by the members of the class,

(g) prosecution as separate actions by individual class members will create a serious risk of inconsistent or varying adjudications which may prejudicially affect the claims of other class members in subsequent litigation,

(h) the class action is the superior procedural vehicle for this litigation because the primary objectives of the class action, economies of time, effort and expense, will be achieved, and,

(i) the vehicle of the class action may be more easily managed than some other procedural vehicle considering the opportunity to afford reasonable notice of significant phases of litigation, including, inter alia, discovery, to class members.

7.

The named petitioners' individual damages are not substantially different from the damages of the other members of the represented class. The petitioners will fully and adequately protect the interests of the other members of the respective class, who are too numerous to be names individually in this proceeding.

8.

Because of the size of the individual class members' claims, few, if any, class members could afford to seek legal action for the wrongs complained of herein. Absent a class action, the class members will suffer the losses and damages alleged herein without redress. No claimant in this action has received damages in excess of Twenty-five Thousand ($25,000.00) Dollars

**WHEREFORE**, petitioners pray for themselves individually and on behalf of others similarly situated, that the defendants, VULCAN MATERIALS COMPANY, VULCAN CHEMICALS INVESTMENTS, L.L.C and JOHN DOE, be served with a copy of this petition and cited to appear and answer same, and that after all due proceedings had, there be a judgment herein as follows;

I. That an order be entered herein certifying this action and maintaining this action as a class action;

II. That after due proceedings are held in this matter, a judgment of monetary damages be awarded to each of the plaintiffs,

II. For all costs of this suit and for legal interest thereon from the date of the filing of these proceedings

BY ATTORNEY:

DANNY S. GAUTHIER  LSBA# 21611
ATTORNEY AT LAW
P.O. BOX 64916
BATON ROUGE, LOUISIANA 70896
PHONE: (225) 338-9922
FAX: (225) 334-0086

PLEASE SERVE DEFENDANTS:

1.  VULCAN CHEMICALS INVESTMENTS, L.L.C.
    THROUGH ITS REGISTERED AGENT FOR SERVICE OF PROCESS:

    CORPORATION SERVICE COMPANY
    320 SOMERULOS STREET
    BATON ROUGE, LOUISIANA 70802-6219

2.  VULCAN MATERIALS COMPANY
    THROUGH ITS REGISTERED AGENT FOR SERVICE OF PROCESS:

    THE PRENTICE-HALL CORPORATION SYSTEM, INC.
    701 SOUTH PETERS STREET, SECOND FLOOR
    NEW ORLEANS, LOUISIANA 70130

A TRUE COPY
Amanda
Deputy Clerk & Recorder  11-19-01
ASCENSION PARISH